### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERONIMO F. ROSADO, JR.,   *Plaintiff*, | : : : |
| v. | : : CIVIL ACTION NO. 23-CV-3717 |
| JAMES A. WHITCRAFT, *et al.*,   *Defendants*. | : : : |

### ORDER

AND NOW, this 26th day of March, 2024, upon consideration of Plaintiff Geronimo F. Rosado, Jr.'s Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Rosado's Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a. All federal civil rights claims pursuant to 42 U.S.C. § 1983 and all Fair Housing Act claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**